**STONE LAW GROUP, PLC**
Shawn L. Stone, Bar No. 23558
Mallory Powers, Bar No. 30384
3030 N. 3rd Street, Suite 200
Phoenix AZ 85012
Tel: (602) 264-0500 / Fax: (602) 264-0501
slstone@stonelawaz.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIE MCGEE, | Case No.: _____ |
| Plaintiff, | **COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| ADMIN RECOVERY, LLC, a New York limited liability corporation, | |
| Defendant. | |

## <u>JURISDICTION</u>

1.      Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2.      This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, I 5 U.S.C. § 1692 et seq. ("FDCPA").

3.      Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant's transact business here.

/ /

/ /

/ /

**PARTIES**

4.       Plaintiff, Willie McGee, is a natural person who resides in the City of Phoenix, County of Maricopa, State of Arizona, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5.       Defendant, Admin Recovery, LLC, is a collection agency operating from an address of 45 Earhart Drive, Suite 102, Williamsville, NY 14221, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

**FACTUAL ALLEGATIONS**

6.       About February 2014, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a short-term loan from SpotLoan in the amount of approximately $400.00.

7.       On or about March 28, 2014, Plaintiff filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the District of Arizona, Case No. 2:14-bk-04442-MCW.

8.       SpotLoan was listed as creditor in Plaintiff's bankruptcy petition and this obligation was scheduled and thereafter discharged in that same proceeding on July 21, 2014.

9.       The alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

10.      After filing for bankruptcy protection, Plaintiff received a collection communication from Defendant in an attempt to collect this debt.

11.     About August 20, 2014, Plaintiff received a collection letter dated August 14, 2014 regarding the debt that Plaintiff allegedly owed to SpotLoan in the amount of $928.00. A true and correct copy of the letter is attached as "Exhibit A."

12.     Plaintiff became confused, frustrated and angry by Defendant's collection of a debt no longer owed.

13.     This letter was an illegal communication in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

14.     Defendant's collection communication after Plaintiff had filed for bankruptcy protection was a false, deceptive and illegal attempt to collect this debt from Plaintiff in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e, 1692e(2), 1692e(10), 1692f, and 1692f(l), amongst others.

15.     The above-described illegal collection communication of harassing Plaintiff in an effort to collect this debt by Defendant was made in violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the above cited provisions of the FDCPA, amongst others.

**TRIAL BY JURY**

16.     Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P. 38.

/ /

/ /

/ /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

17.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18.    The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

19.    As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant herein.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant and for Plaintiff;

- for an award of statutory damages of no less than $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendant and for Plaintiff; and

- for such other and further relief as may be just and proper.

1

2      DATED: September 4, 2014.

3                                          STONE LAW GROUP, PLC

4                                          /s/ Shawn L. Stone

5                                          _____

6                                          By:    Shawn L. Stone
                                                  Attorneys for Debtor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

45 Earhart Dr. • Suite 102 • Williamsville, NY 14221-7809
Telephone: 1-866-703-7961 • Facsimile: 1-716-580-3823

August 14, 2014

WILLIE MCGEE
2045 W BUTLER DR APT 252
PHOENIX AZ 85021-4233

| Account Summary | | |
| --- | --- | --- |
| Original Creditor SpotLoan | | |
| Account No. | Reference No. | Balance |
| F0440B9268-01 | 412281 | $928.00 |

Dear WILLIE MCGEE:

This is a demand for payment of the original debt incurred by you. The debt identified above was sold by SpotLoan, all of your rights and obligations regarding this contract have been assigned to this office.

You may choose to resolve this matter with one of the following options: (1) You may pay the balance in full in the amount of **$928.00** with certified funds or; (2) You may contact this office to make an acceptable payment arrangement.

If you have any questions relative to the above referenced matter, please do not hesitate to contact our office toll free at 1-866-703-7961, Monday through Friday 8:00 am-8:00 pm and Saturday 9:00 am-1:00 pm EST. **Please refer to the reference number indicated above.**

**All payments are to be remitted to: Admin Recovery LLC, 45 Earhart Dr., Suite 102, Williamsville, NY 14221-7809.**

Sincerely,
Timothy Ciffa
Vice President of Collections
Admin Recovery, LLC

### PAYMENT OPTIONS

**MoneyGram**
www.moneygram.com
Our Company Receive Code: 6726
Account #: 412281

**Online Payments**
www.adminrecovery.com

**Payments By Phone**
*Please Call 1-866-703-7961*
Visa, MasterCard & Discover
Debit Card & Check-By-Phone
(All Free of Charge)

**Payments By Mail**
Visa, MasterCard & Discover
Check
Money Order
*(You can use the return envelope provided and the bottom portion of this notice for your convenience.)*

**VALIDATION NOTICE**

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THAT THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF THE JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

*** Please detach the lower portion and return with your payment *** 338-SFADRE10-AN10-10/21/10

Y16CFAC194

45 EARHART DR STE 102
WILLIAMSVILLE NY 14221-7809
ADDRESS SERVICE REQUESTED

August 14, 2014

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard  VISA  DISCOVER

CARD NUMBER | EXP. DATE
CARD HOLDER NAME | CVV
SIGNATURE | AMOUNT PAID

Original Creditor: SpotLoan
Account No: F0440B9268-01
Balance: $928.00

0026020024013394498485021423352-1A1--Y16CFAC194 338
412281 - AN10 - 338
WILLIE MCGEE
2045 W BUTLER DR APT 252
PHOENIX AZ 85021-4233



ADMIN RECOVERY, LLC
45 EARHART DR STE 102
WILLIAMSVILLE NY 14221-7809



**Exhibit A**

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA               )
                                    ) ss

COUNTY OF MARICOPA         )

Plaintiff, Willie McGee, having first been duly sworn and upon oath, deposes and says as follows:

1.      I am a Plaintiff in this civil proceeding.

2.      I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.      I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4.      I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.

5.      I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6.      Each and every exhibit I have provided to my attorney which has been attached to this Complaint is a true and correct copy of the original.

7.      Except for clearly indicated redactions made by my attorney where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Date: _9/4/2014_                                                   
                                                Willie McGee

Subscribed and sworn to before me this _4th_ day of _September_, 2014.

_____
Notary Public

MANUEL SEMWAYO
Notary Public - Arizona
Maricopa County
My Commission Expires
January 10, 2016