**STONE LAW GROUP, PLC**
Shawn L. Stone, Bar No. 23558
Mallory Powers, Bar No. 30384
3030 N. 3rd Street, Suite 200
Phoenix AZ 85012
Tel: (602) 264-0500 / Fax: (602) 264-0501
slstone@stonelawaz.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIE MCGEE, | Case No.: 2:14-cv-01946-SPL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ADMIN RECOVERY, LLC, a New York limited liability corporation, | |
| Defendant. | |

Plaintiff, Willie McGee, by and through undersigned counsel, hereby serves notice of settlement.

Plaintiff anticipates finalizing settlement and filing a Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, within 30-days.

DATED: November 3, 2014.

|    |                                           |
|----|-------------------------------------------|
| 1  |                                           |
| 2  |                STONE LAW GROUP, PLC       |
| 3  |                                           |
| 4  |                /s/ Shawn L. Stone         |
|    |                _____ |
| 5  |                By:    Shawn L. Stone      |
|    |                       Attorneys for Plaintiff |
| 6  |                                           |
| 7  |            **Certificate of Service**     |
| 8  | A copy of this document electronically filed with The Office of the Clerk of the United States District Court for the District of Arizona using the CM/ECF System and mailed/emailed on November 3, 2014: |
| 9  |                                           |
| 10 |                                           |
| 11 | John P. Touhey, Esq.                      |
|    | General Counsel                           |
| 12 | Admin Recovery, LLC                       |
| 13 | 45 Earhart Drive, Suite 102               |
|    | Williamsville, NY 14221                   |
| 14 | Email: jtouhey@adminrecovery.com          |
| 15 |                                           |
| 16 |  / s / Shawn L. Stone                     |
| 17 | _____                   |
| 18 |                                           |
| 19 |                                           |
| 20 |                                           |
| 21 |                                           |
| 22 |                                           |
| 23 |                                           |
| 24 |                                           |
| 25 |                                           |
| 26 |                                           |
| 27 |                                           |
| 28 |                                           |